

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2016

No. 04-15-00714-CV

**WESTPORT OIL & GAS COMPANY, L.P.** n/k/a Kerr-McGee Oil & Gas Onshore, L.P.,
Appellant

v.

Betsy **MECOM**, Donald R. Mullins, Lannie Louise Mecom, Mark Mullins and Wahatoya, Ltd.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,470
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellant's reply brief is due on July 11, 2016. *See* TEX. R. APP. P. 38.6(c). On June 21, 2016, Appellant filed an unopposed motion for extension of time to file the reply brief until August 10, 2016, for an extension of thirty days.

Appellant's motion is GRANTED. Appellant's reply brief is due on August 10, 2016. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court